**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:  Eduardo Vargas Balanzar v. The State of Texas

Appellate case number:  01-19-00168-CR

Trial court case number:  81706-CR (Counts I, II, and III)

Trial court:  239th District Court of Brazoria County

Date motion filed:  November 6, 2020

Party filing motion:  Appellant

The en banc court has unanimously voted to deny appellant's motion for en banc reconsideration. It is ordered that the motion is **denied**.

Judge's signature: ___/s/ Julie Countiss_____
                                  Acting for the En Banc Court

* En banc court consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, Countiss, and Adams.

Date:  December 22, 2020